**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991
Email: plepiscopo@att.net

Attorneys for Defendant, **MICHAEL L. MEYER**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **C&H FAMILY LLC**, formerly known as ABC Foundation Legacy, LLC, an Indiana Limited Liability Company; *et al.,* )<br><br>Plaintiffs, )<br><br>v. )<br><br>**ALLEN HAIGHT & MONAGHAN LLP**, a California limited partnership; et al., )<br><br>Defendants. ) | Case No.  **8:19-cv-01357- DOC-JDE**<br><br>**CERTIFICATE OF SERVICE**<br><br>**State Court Complaint Filed: 5/24/19** |

## CERTIFICATE OF SERVICE

I, the undersigned, declare under the penalty of perjury under the laws of the United States and the State of California that I am over the age of eighteen years and not a party to this action; and

On **July 16, 2019**, I, the undersigned, served the following document(s) described as:

1. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL—BILL MORROW, ESQ.;**
2. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL—JAMES M. GRIFFITHS, ESQ.;**
3. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL—MARSHALL R. LURTZ, ESQ.**

I hereby certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following legal counsel and parties, as well as via electronic mail:

| Legal Counsel/Party | Address | E-mail |
|---|---|---|
| Steven R. Young, Esq., attorney for all Plaintiffs | Law Offices of Steven R. Young, 600 Anton Blvd., Ste. 650, Costa Mesa, CA 92626 | syoung@juryattorney.com |
| Allen, Haight & Monaghan, LLP, unrepresented defendant | By serving its partner, Thomas F. Monaghan, CPA Allen, Haight & Monaghan 230 Main Street, Suite 600 Irvine, CA 92614 | tfm@ahmcpas.com |
| Thomas F. Monaghan, CPA, unrepresented defendant | Allen, Haight & Monaghan 230 Main Street, Suite 600 Irvine, CA 92614 | tfm@ahmcpas.com |
| Jeffrey M. Verdon Law Group, LLP, unrepresented defendant | By serving its managing partner, Jeffrey M. Verdon, Esq. Jeffrey M. Verdon Law Group, LLP 1201 Dove Street, Suite 400 Newport Beach, CA 92660 | jeff@jmvlaw.com |
| Jeffrey M. Verdon, Esq., unrepresented defendant | Jeffrey M. Verdon Law Group, LLP 1201 Dove Street, Suite 400 Newport Beach, CA 92660 | jeff@jmvlaw.com |

LEPISCOPO & ASSOCIATES LAW FIRM

CERTIFICATE OF SERVICE
**2**

| Lindzey M. Cain, Esq., unrepresented defendant | Anderson Law Group, Inc., 1000 N Coast Hwy, Ste 10, Laguna Beach, CA 92651-1356 | lcain@andersonlawgroupinc.com |
|---|---|---|
| Indiana Endowment Fund, Inc., unrepresented defendant | By Serving its Agent for Service of Process:<br><br>Kevin Whitten<br>10280 South 290 West<br>Fort Branch, Indiana 47648 | |

Executed on **July 16, 2019**, at Orange County, California.

By: ___/s/___ Peter D. Lepiscopo
**PETER D. LEPISCOPO**
*Counsel of Record*

Attorneys for Defendant, **MICHAEL L. MEYER**

LEPISCOPO & ASSOCIATES LAW FIRM

**CERTIFICATE OF SERVICE**
**3**